

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Gregory Keith LINDSAY Jr., ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. '21 MJ2667 <br><br> COMPLAINT FOR VIOLATION OF <br> Title 8 U.S.C. Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about June 30, 2021, within the Southern District of California, defendant Gregory Keith LINDSAY Jr., with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Jing Quan ZHEN, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of July 2021.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Jing Quan ZHEN is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 30, 2021, at approximately 11:24 P.M., Gregory Keith LINDSAY Jr. (Defendant), a United States Citizen, applied for admission into the United States from Mexico through vehicle primary inspection lanes at the Otay Mesa, California Port of Entry. Defendant was driver and sole visible occupant of a 1998 Ford Explorer bearing California plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented a state of California identification card as his entry document. Defendant stated he was going to his grandmother's house in San Diego, California with nothing to declare from Mexico. The CBP Officer inspected the vehicle and noticed a non-factory compartment attached to the undercarriage on the rear of the vehicle extending to the rear bumper. The CBP Officer noticed hair sticking out of the compartment and assistance was requested over radio communications with other CBP Officers responding. Defendant was immediately secured and referred to secondary. The vehicle was driven into secondary for further inspection.

In secondary, CBP Officers removed the rear bumper and discovered a male concealed within the non-factory compartment. The male was later identified as Jing Quan ZHEN (Material Witness), determined to be a national and citizen of China, with no entitlements to enter, pass through or reside in the United States and is now held as a Material Witness.

Material Witness admitted to being a citizen of China, with no legal documents to enter the United States. Material Witness admitted that he made his own smuggling arrangements to be smuggled into the United States for $10,000 U.S. dollars. Material Witness stated he intended to travel to Los Angeles, California to reside and seek employment.